UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　Plaintiff,<br>　v.<br><br>SHARRATT ENDEAVORS, INC., a Delaware Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 3:19-CV-06543-WHO<br><br>**ORDER** |

### ORDER

Plaintiff Whitaker has notified the court that this case has been settled. Dkt. No. 9. Accordingly, it is dismissed with prejudice. Notwithstanding the dismissal, either party may return the case to the active calendar if he or it files a notice within 90 days of this Order that the case is not finally resolved.

**IT IS SO ORDERED.**

Dated: December 2, 2019

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge